No. 88–108.  NORTH SAN DIEGO COUNTY TRANSIT DEVELOPMENT BOARD, DBA NORTH COUNTY TRANSIT DISTRICT, ET AL.

*v.* HAYNES ET AL.    Ct. App. Cal., 4th App. Dist.    Certiorari denied.